In re:                                                    Bankr. Case No. 16-43124-WJL-13

PAMELLA M. HENDERSON                                                        Chapter 13

     Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on November 16, 2016 :

PATRICK L FORTE
1624 FRANKLIN ST
OAKLAND, CA  94612

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx80358 / 912434